IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION 08-00112-KD-M** |
| | ) | |
| **MITZI DARLENE ELLISON,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant Mitzi Darlene Ellison's Motion for Early Termination of Supervised Release. (Doc. 24). Upon consideration, the motion is due to be **GRANTED**.

A review of the record indicates that, on September 26, 2008, Defendant pled guilty to one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). (Doc. 14). On January 22, 2009, the Court sentenced Defendant to a term of imprisonment to be followed by a 36-month term of supervised release. (Doc. 22). The Probation Officer assigned to this case has advised the Court that Defendant has complied with the terms of her supervision since his supervised release term began more than 18 months ago on September 30, 2010. Specifically, the Probation Officer has advised that Defendant has had no new known arrests while under supervision, has successfully completed a substance abuse treatment program, has maintained steady employment and a stable living situation, and has demonstrated a positive attitude towards supervision. Additionally, the Probation Officer has represented that the Government does not oppose Defendant's request for early termination.

Pursuant to 18 U.S.C. § 3583(e)(1), after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the

1

defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1) (2006).  Having considered the relevant factors set forth in 18 U.S.C. § 3583(e) and 18 U.S.C. § 3553 — particularly the characteristics of the defendant and the imperative to impose a sentence sufficient, but not greater than necessary, to afford adequate deterrence to criminal conduct and protect the public from further crimes of the defendant — the Court finds that the Defendant's post-incarceration conduct warrants termination of supervision and that such termination is in the interest of justice.

Accordingly, it is **ORDERED** that Defendant Mitzi Darlene Ellison's Motion for Early Termination of Supervised Release (Doc. 24) is **GRANTED**, the supervised release term imposed on January 22, 2009 is **TERMINATED**, and the Defendant is **DISCHARGED** from supervision.

The Clerk of Court shall send a copy of this order to Defendant by U.S. Mail.

**DONE** and **ORDERED** this the **9**$^{th}$ day of **April 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**